LAW OFFICES
**JOHN S. WALLENSTEIN**
**1100 FRANKLIN AVENUE**
GARDEN CITY, NEW YORK 11530
(516) 742-5600  FAX (516) 742-5040
EMAIL: JSWallensteinEsq@outlook.com

October 31, 2023

**APPLICATION GRANTED.**
Dated: October 31, 2023

SO ORDERED.

*/s/ Andrew Krause*

ANDREW E. KRAUSE
United States Magistrate Judge

**BY ECF**

Hon. Victoria Reznik
United States Magistrate Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    **Re:  United States v. Patel**
          **Defendant Hirenkumar patel**
          **Docket # 23mj6797**

Dear Judge Reznik;

    I write to request a modification of the bond conditions for my client, Hirenkumar Patel. On October 17, 2023, Your Honor ordered him released on the signatures of his brother Krupesh Patel and his wife Nishabahen Patel. We have since learned that Krupesh would not be an acceptable suretor due to a prior conviction, of which we were unaware at the time of appearance.

    We therefore respectfully request that the bond be modified by the substitution of his brother Vitul Patel in place of Krupesh, with all other conditions to remain in place. We propose to have Vitul appear in the Clerks office before the end of the week to sign the bond.

    I have discussed this issue with AUSA Timothy Ly and AUSA ben Levander. The government has no objection, provided that Vitul is vetted by their office and is acceptable (something we have discussed and believe will be the case).

    Thank you for your courtesy and consideration.

                                      Respectfully yours,

                                      *John S. Wallenstein*
                                      JOHN S. WALLENSTEIN

JSW/hs