

# MOSES SINGER

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700

Barry S. Zone
Direct Dial: 212.554.7864
Fax: 917.206.4364
E-Mail: bzone@mosessinger.com

**MEMO ENDORSED**

June 17, 2024

**SENT VIA ECF**
Hon. Victoria Reznik
U.S. Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/24

Re:  **United States v. Hirenkumar Patel**
     **Dkt. 23 Mag. 6797**

Dear Judge Reznik:

On behalf of my client, Hirenkumar Patel I respectfully request that he be permitted to travel to Carrollton Georgia from June 18th and returning June 26, 2024 for a family vacation with his wife, Nishabahen's parents. The government and pretrial services has no objection to this request.

With the Court's permission, should he be permitted to travel, while in Georgia he will be staying at his in-law's home at 160 Centennial Drive in Carrollton. He will be driving both from New York to Georgia and back. His bail conditions include a $100,000.00 unsecured bond, travel restricted to the Southern and Eastern Districts of New York and reporting to Pretrial as directed.

Accordingly, I would respectfully request that Mr. Patel be permitted to travel as requested herein.

The Court's consideration is greatly appreciated.

Respectfully,

Barry S. Zone

cc: AUSA Benjamin Levander
    AUSA Timothy Ly

**APPLICATION GRANTED**

Hon. Victoria Reznik, U.S.M.J.

*June 18, 2024*